Ford Motor Credit Co. LLC v McCarthy Acquisition Corp. (2023 NY Slip Op 03573)

Ford Motor Credit Co. LLC v McCarthy Acquisition Corp.

2023 NY Slip Op 03573

Decided on June 30, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 30, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., PERADOTTO, LINDLEY, AND OGDEN, JJ.

164 CA 22-00369

[*1]FORD MOTOR CREDIT COMPANY LLC, FORMERLY KNOWN AS FORD MOTOR CREDIT COMPANY, PLAINTIFF-APPELLANT,
v
MCCARTHY ACQUISITION CORPORATION, DOING BUSINESS AS MCCARTHY FORD, ET AL., DEFENDANTS, AUTOMOTIVE FLEET LEASING SERVICES, INC., DOING BUSINESS AS AUTOMOTIVE FLEET LEASING CO., THOMAS J. PIERONI AND BENTLEY HOLDINGS, INC., DOING BUSINESS AS AUTOMOTIVE FLEET LEASING CO., DEFENDANTS-RESPONDENTS. (ACTION NO. 1.) THOMAS J. PIERONI, BENTLEY HOLDINGS, INC., DOING BUSINESS AS AUTOMOTIVE FLEET LEASING CO., PLAINTIFFS-RESPONDENTS, ET AL., PLAINTIFFS, 
 FORD MOTOR CREDIT COMPANY LLC, FORMERLY KNOWN AS FORD MOTOR CREDIT COMPANY, DEFENDANT-APPELLANT. (ACTION NO. 2.) (APPEAL NO. 1.) 

MAURO LILLING NAPARTY LLP, WOODBURY (RICHARD J. MONTES OF COUNSEL), FOR PLAINTIFF-APPELLANT AND DEFENDANT-APPELLANT.
HODGSON RUSS LLP, BUFFALO (AARON M. SAYKIN OF COUNSEL), FOR DEFENDANTS-RESPONDENTS AND PLAINTIFFS-RESPONDENTS. 

 Appeal from an order of the Supreme Court, Erie County (Emilio Colaiacovo, J.), entered March 2, 2022. The order, inter alia, denied the motion of Ford Motor Credit Company LLC, formerly known as Ford Motor Credit Company to, inter alia, set aside the jury verdict. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs.
Same memorandum as in Ford Motor Credit Co. LLC v McCarthy Acquisition Corp. ([appeal No. 2] — AD3d — [June 30, 2023] [4th Dept
2023]).
Entered: June 30, 2023
Ann Dillon Flynn
Clerk of the Court